UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDRA ROBINSON,

v.  Case No. 8:02-cr-449-T-17MSS

UNITED STATES OF AMERICA.

## ORDER

This cause is before the Court on Defendant's motions to reduce sentence (Doc. Nos. 344, 360). In these motions, Defendant raises claims seeks to be resentenced pursuant to United States v. Booker, 543 U.S. 220 (2005). The Court construes the motions as 28 U.S.C. § 2255 motions to vacate, set aside, or challenge an allegedly illegal sentence.

Because Booker is not retroactive on collateral attack, see Varela v. United States, 400 F.3d 864, 868 (11th Cir. 2005), the Court will deny the construed motions to vacate.

Accordingly, the Court orders:

That Defendant's motions to reduce sentence, construed as motions to vacate (Doc. Nos. 344, 360) are denied.

ORDERED in Tampa, Florida, on DECEMBER 27th, 2005.

Elizabeth A. Kovachevich
UNITED STATES DISTRICT JUDGE

Sandra Robinson